o contradictory proof, the judgment should e reversed, and judgment for the defendant, with costs.

---

SCHLESINGER, Respondent, v. SCHEUER et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Action by Leo Schlesinger, as receiver, against Simon Scheuer and others. J. C. Jackson, for appellants. S. F. Kneeland, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

SCHNURR, Appellant, v. QUINN, Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Tilly Schnurr against Alexander Quinn. No opinion. Motion denied.

---

SCHULZ, Appellant, v. METROPOLITAN JOCKEY CLUB, Respondent. (Supreme Court, Appellate Division, Second Department. March , 1906.) Action by Frank A. Schulz against the Metropolitan Jockey Club.

PER CURIAM. Judgment affirmed, with costs.

HOOKER, J., dissents.

---

SEELEY, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 22, 1906.) Action by Emily B. Seeley against the New York City Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

SHAPIRO v. SHAPIRO et al. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Barnet Shapiro against Barnet Shapiro and others. No opinion. Motion denied. The appellants should give an undertaking as required by section 314 of the Municipal Court act (Laws 1902, p. 1579, c. 580), and then, if necessary, an order impounding the money pending appeal will be granted.

---

SHAVER, Respondent, v. CUNNINGHAM et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Action by Wellington Shaver against Lester Cunningham and Norman Cunningham. No opinion. Motion granted, with $10 costs, unless the appellants within five days file papers on appeal with clerk of this court and pay to the respondent's attorney $10 costs of motion, in which case the appellants are relieved from their default, and the motion denied.

---

SHAUGHNESSY, Respondent, v. WEEKES, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by J. Noyes Shaughnessy against Arthur D. Weekes. No opinion. Motion for leave to appeal to the Court of Appeals granted.

---

SICUREZZA, Respondent, v. CRISANTI, Appellant. (Supreme Court, Appellate Term. March 26, 1906.) Appeal from City Court of New York, Special Term. Action by Grazia Sicurezza against Salvatore Crisanti. From a judgment for plaintiff, and from an order denying defendant's motion to set aside the same, defendant appeals. Reversed, and motion granted. Charles E. Le Barbier, for appellant. Edward J. Kelly, for respondent.

O'GORMAN, J. The action is for slander, and on defendant's alleged default the damages were assessed at $2,000. After the entry of judgment and issuance of execution, the defendant moved to set aside the judgment on the ground that the summons was never served upon him. The learned justice at Special Term denied this application, but from an examination of the papers we entertain such a serious doubt as to whether the summons was served that in our opinion the ends of justice will be best served by granting the motion, and thus give the defendant an opportunity to have his day in court. Order reversed, and motion granted, with $10 costs to the defendant. All concur.

---

SIDEBOTHAM, Respondent, v. YONKERS ELECTRIC LIGHT & POWER CO et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Thomas B. Sidebotham, Jr., as executor, etc., against the Yonkers Electric Light & Power Company and Clarence E. Parker. No opinion. Order affirmed, with costs.

---

SIDEBOTHAM, Respondent, v. YONKERS ELECTRIC LIGHT & POWER CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Thomas B. Sidebotham, Jr., as executor, etc., of Thomas B. Sidebotham, deceased, against the Yonkers Electric Light & Power Company and Clarence E. Parker. No opinion. Judgment and order unanimously affirmed, with costs.

---

SILINSKI et al., Appellants, v. PRIME et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Frank Silinski and Katrina Silinski against Alanson J. Prime and Irene F. Prime. No opinion. Judgment affirmed, with costs.

---

SLOSS IRON & STEEL CO. v. JACKSON ARCHITECTURAL IRON WORKS. (Supreme Court, Appellate Division, First Department. March 16, 1906.) Action by the Sloss Iron & Steel Company against the Jackson Architectural Iron Works. No opinion. Motion denied, on payment of $10 costs. Order filed.

---

SMITH, Appellant, v. FARIS, Respondent. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Ar-